# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **KEVIN STONE,** on behalf of himself, and all other plaintiffs similarly situated, known and unknown, | ) ) ) **No.** 21-cv-5259 ) |
| Plaintiff, | ) ) **Hon. Sara L. Ellis** |
| v. | ) **U.S. District Court Judge, Presiding** ) |
| **ACTION PROPERTY SERVICES LLC,** AN **ILLINOIS LIMITED LIABILITY COMPANY,** **ACTION PROPERTY SERVICES MANAGER, INC.** AN **ILLINOIS CORPORATION, DOUGLAS ARNOLD,** INDIVIDUALLY AND **COURTNEY ARNOLD, INDIVIDUALLY** | ) Hon. Judge Sheila M. Finnegan ) Magistrate Judge ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFFS' MOTION FOR MOTION FOR DEFAULT JUDGMENT AND PROVE-UP OF DAMAGES PURSUANT TO FED. R. CIV. P. 55

NOW COME Plaintiffs, by their counsel of record, hereby file Plaintiffs' Motion for Default Judgment and Prove-up of Damages Pursuant to Fed. Civ. P. 55. Plaintiffs herewith, file concurrently their Memorandum in Support.

Respectfully Submitted,

*Electronically Served 01/13/2023*

/s/Samuel D. Engelson

Samuel D. Engelson

John W. Billhorn
Samuel D. Engelson
*Attorneys for Plaintiff and those similarly situated, known and unknown*

BILLHORN LAW FIRM
53 W. Jackson Blvd., Suite 1137
Chicago, IL 60604
(312) 853-1450