# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Kevin Stone

                                   Plaintiff,

v.                                                Case No.: 1:21–cv–05259
                                                Honorable Sara L. Ellis

Action Property Services LLC, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 18, 2023:

       MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiffs' motion for entry of default judgment [61]. Plaintiffs should submit a proposed order on the default judgment to the Court's proposed order email. Case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.