IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KEVIN STONE,** on behalf of himself, and all other plaintiffs similarly situated, known and unknown, <br><br>　　　　　　　Plaintiff, <br><br>　　　v. <br><br>**ACTION PROPERTY SERVICES LLC, AN ILLINOIS LIMITED LIABILITY COMPANY, ACTION PROPERTY SERVICES MANAGER, INC. AN ILLINOIS CORPORATION, DOUGLAS ARNOLD, INDIVIDUALLY AND COURTNEY ARNOLD, INDIVIDUALLY** <br><br>Defendants. | **No.** 21-cv-5259 <br><br> Hon. Judge Sara L. Ellis <br> U.S. District Court Judge, Presiding <br><br> Hon. Judge Sheila M. Finnegan <br> Magistrate Judge |

## **DEFAULT JUDGMENT ORDER**

MINUTE entry before the Honorable Sara L. Ellis: This Court grants Plaintiffs' Motion for Default Judgment and Prove-Up of Damages Pursuant to Fed. R. Civ. P. 55 [61].

This Court hereby:

1.　　Strikes Defendants' Answer [11];

2.　　Enters judgment in favor of:

　　a.　　Plaintiff Stone in the amount of $2,465.55 for unpaid wages and damages as for his claims under the Fair Labor Standards Act, Illinois Minimum Wage Law and Illinois Wage Payment and Collection Act;

　　b.　　Plaintiff Stone in the amount of $2,000 as for his for his incentive award for serving as a Named Plaintiff in this collective action matter;

　　c.　　Plaintiff Goncher in the amount of $7,507.50 for unpaid wages and damages for his Fair Labor Standards Act and Illinois Minimum Wage Law claims;

　　d.　　Plaintiffs as for Plaintiffs' attorneys' fees and costs pursuant to the fee-shifting provisions of the FLSA, IMWL and IWPCA totaling $31,699, and awards said fees in the amount of $31,699 to Plaintiffs' counsel. This Court approves Plaintiffs' counsels' hourly rates as set forth in Plaintiffs' Motion for Default Judgment and Prove-Up of Damages Pursuant to Fed. R. Civ. P. 55 [61, 62].

3.     This Court shall retain jurisdiction over this matter for purposes of post-judgment proceedings, including citations issued by Plaintiffs to discover assets of Defendants and other post judgment discovery as needed.

s/ _____

Honorable Sara L. Ellis

_____February 13, 2023_____

Date